DEFENDANT:  JESUS DURAN-ALTAMIRANO,
      a.k.a. "Chuy,"

AGE/YOB:   Unknown

COMPLAINT  _____ Yes  \_\_\_\_X\_\_\_ No
FILED?

      If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  \_\_ Yes \_\_ No

OFFENSE(S):  **Count 1:** Title 21, United States Code, Sections 841(a)(1),
      (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
      distribute and possess with the intent to distribute various amounts
      of a mixture and substance containing a detectable amount of
      cocaine, a Schedule II Controlled Substance

LOCATION OF  Denver County; Denver, Colorado
OFFENSE:

PENALTY:   **Count 1**
      NLT 10 years,
      NMT life imprisonment
      At least 5 years Supervised Release
      $10,000,000 fine
      $100 Special Assessment

AGENT:    Michael Gutke
      Special Agent, Drug Enforcement Administration

AUTHORIZED  Stephanie Podolak
BY:      Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

\_\_ five days or less; \_X\_\_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.