DEFENDANT:          RAMON CORTEZ-PELAYO

AGE/YOB:            1980

COMPLAINT          _____ Yes      ___X____ No
FILED?

                   If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __ Yes    __ No

OFFENSE(S):    **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

               **Count 7:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

               **Count 8:**  Title 18, United States Code, Section 924(c)(1)(A)(i); Use of a firearm in connection with a drug trafficking offense

LOCATION OF    Denver County; Denver, Colorado
OFFENSE:

PENALTY:       **Count 1**
               NLT 5 years,
               NMT 40 years imprisonment
               At least 4 years Supervised Release
               $5,000,000 fine
               $100 Special Assessment

               **Count 7**
               NLT 5 years
               NMT 40 years imprisonment
               At least 4 years Supervised Release
               $5,000,000 fine
               $100 Special Assessment

### Count 8
NLT 5 years imprisonment.
NMT 3 years Supervised Release
$250,000 fine.
$100 Special Assessment

AGENT:     Michael Gutke
Special Agent, Drug Enforcement Administration

AUTHORIZED     Stephanie Podolak
BY:     Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.