DEFENDANT:       LUIS A. SAENZ,
a.k.a. "Uber,"

AGE/YOB:       1978

COMPLAINT
FILED?       _____ Yes   ___X____ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  __ Yes  __ No

OFFENSE(S):    **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

**Count 20:** 18 U.S.C. § 1952(a)(3)(A); Travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity

**Count 19:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking

**Count 21:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

LOCATION OF
OFFENSE:    Denver County; Denver, Colorado

PENALTY:    **Count 1**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Count 20**
NMT 5 years in prison
At least 3 years of supervised release
$250,000.00 fine
$100 Special Assessment

**Count 19**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**Count 21**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

AGENT:          Michael Gutke
                Special Agent, Drug Enforcement Administration

AUTHORIZED      Stephanie Podolak
BY:             Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less; _X_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.